OPINION — AG — 19 O.S. 1976 Supp., 510 [19-510] DOES NOT VIOLATE THE EQUAL PROTECTION CLAUSE OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION, IS NOT A SPECIAL OR LOCAL LAW UNDER ARTICLE V, SECTION 46, AND IS, THEREFORE CONSTITUTIONAL. CITE: 70 O.S. 1977 Supp., 3311 [70-3311] (QUALIFICATIONS OF SHERIFF IN COUNTIES HAVING A POPULATION MORE THAN 80,000) (DAVID W. LEE)== SEE OPINION NO. 88-553 (1988) ==